

**The following constitutes the order of the court.
Signed September 29, 2015**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br>THUONG DUONG and DUNG TRAN,<br><br>Co Debtors. | 15-42950<br><br>Chapter 7 |

**MEMORANDUM REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS**

On September 25, 2015, Co-Debtors filed an Application for Waiver of the Chapter 7 Filing Fee ("Application"). The Application, however, is not completely filled out and the Court cannot properly determine whether Debtors are eligible for a fee waiver. Therefore, the Court is requesting that Debtors file a completed form properly indicating, among other things, Debtors' currently monthly income and the number of people in the household.

*END OF MEMO*

**COURT SERVICE LIST**

**Thuong Minh Duong**
3813 Quigley Street
Oakland, CA 94619

**Dung Kim Tran**
3813 Quigley Street
Oakland, CA 94619